# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131463(81)

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
　　　　　Plaintiff-Appellee,

v

CITY OF DETROIT,
　　　　　Defendant-Appellant.

SC: 131463
COA: 266654
Wayne CC: 05-526691-CL

_____

　　　　　On order of the Chief Justice, the motion to adjourn supplemental briefing deadline is considered and it appearing that supplemental briefs were filed August 22, 2007, the time for filing supplemental briefs is extended to that date.



　　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2007

_____
Clerk